IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| LAURA A. HEIMLICHER and LAWRENCE W. HEIMLICHER,<br><br>      Plaintiffs,<br><br>vs.<br><br>JAMES O. STEELE, M.D.; and DICKINSON COUNTY MEMORIAL HOSPITAL, an Iowa non-profit corporation, *dba* LAKES REGIONAL HEALTHCARE;<br><br>      Defendants. | No. C05-4054-PAZ<br><br>**AMENDED JUDGMENT ON JURY VERDICT (AFTER REMITTITUR)** |

      This action came on for trial by jury before United States Chief Magistrate Judge Paul A. Zoss. The issues have been duly tried and the jury has rendered a verdict.

      IT IS ORDERED AND ADJUDGED THAT Plaintiff Laura A. Heimlicher recover from Defendant James O. Steele, M.D. a total of Eighty-One Thousand Six Hundred Dollars and No Cents ($81,600.00), together with interest from June 14, 2005; and Two Hundred Thirteen Thousand Six Hundred Dollars and No Cents ($213,600.00), together with interest from March 12, 2009.

      IT IS FURTHER ORDERED AND ADJUDGED THAT Plaintiff Laura A. Heimlicher recover from Defendant Dickinson County Memorial Hospital a total of One Hundred Ninety Thousand Four Hundred Dollars and No Cents ($190,400.00), together with interest from June 14, 2005; and Four Hundred Ninety-Eight Thousand Four Hundred Dollars and No Cents ($498,400.00), together with interest from March 12, 2009.

      IT IS ORDERED AND ADJUDGED THAT Plaintiff Lawrence W. Heimlicher recover from Defendant James O. Steele, M.D. a total of Forty-Seven Thousand Four Hundred Dollars and No Cents ($47,400.00), together with interest from June 14, 2005; and One Hundred Twenty-Two Thousand Four Hundred Dollars and No Cents ($122,400.00), together with interest from March 12, 2009.

IT IS FURTHER ORDERED AND ADJUDGED THAT Plaintiff Lawrence W. Heimlicher recover from Defendant Dickinson County Memorial Hospital a total of One Hundred Ten Thousand Six Hundred Dollars and No Cents ($110,600.00), together with interest from June 14, 2005; and Two Hundred Eighty-Five Thousand Six Hundred Dollars and No Cents ($285,600.00), together with interest from March 12, 2009.

IT IS FURTHER ORDERED AND ADJUDGED THAT the Plaintiffs recover their costs as allowed by law.

Dated May 22, 2009                                                     ROBERT L. PHELPS, Clerk

                                                                                           /s/ A. Kjos
                                                                                         (By) Deputy Clerk


APPROVED BY:

*[signature: Paul A. Zoss]*

PAUL A. ZOSS
UNITED STATES MAGISTRATE JUDGE

DATE:  May 22, 2009